Maria Alcala SANCHEZ; Brenda Alcala, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–71714.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 26, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

Michael J. Hernandez, Esq., Law Offices of Ronzio & Associates, Los Angeles, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

This is a petition for review of a Board of Immigration Appeals' ("BIA") order denying an application for cancellation of removal filed under 8 U.S.C. § 1229b(b).

■ Respondent's unopposed motion to dismiss this petition for review for lack of jurisdiction is granted in part as to petitioner Maria Alcala Sanchez, agency no. 79–534–939. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft*, 277 F.3d 1137, 1144 (9th Cir.2002).

■ We deny the petition as to petitioner Brenda Alcala, agency no. 79–534–940, because the record demonstrates that this petitioner lacked a qualifying relative, and therefore, the BIA correctly concluded this petitioner was not eligible for cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1)(D); *Montero–Martinez v. Ashcroft*, 277 F.3d 1137, 1144 (9th Cir.2002); *Molina–Estrada v. INS*, 293 F.3d 1089, 1093–94 (9th Cir. 2002).

The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DISMISSED in part and DENIED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

